### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JIMMY ASHLEY**                                                                    **PLAINTIFF**

### CASE NO.  3:09CV00191 BSM

**PHILLIPS INVESTMENTS &**
**CONSTRUCTION, INC.**                                                          **DEFENDANT**

### ORDER

Having considered the joint stipulation of dismissal with prejudice [Doc. No. 8] and the record, it is hereby ordered that:

1.      This case is dismissed with prejudice;

2.      Jurisdiction shall remain herein for the purpose of enforcing the parties' settlement agreement; and

3.      Except as set forth in the settlement agreement, the parties shall bear their own attorneys fees and costs.

IT IS SO ORDERED this 11th day of March, 2011.


_____
UNITED STATES DISTRICT JUDGE